1

2

3

4

5

6
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
7
AT SEATTLE

8
ALISHA R. SILBAUGH,

9
                              Plaintiff,                    CASE NO. C18-0569-JLR

10
        v.

11
THE DEPT. OF HOMELAND SECURITY,            ORDER GRANTING APPLICATION
                                           TO PROCEED IN FORMA PAUPERIS

12
                              Defendants.

13

14          Because plaintiff does not appear to have funds available to afford the $400.00 filing fee,

15   plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1).

16   Therefore, plaintiff's IFP application (Dkt. 1) is GRANTED.  The Clerk of the Court is directed

17   to send a copy of this Order to plaintiff and to the assigned District Judge.

18          DATED this 19th day of April, 2018.

19

20          _____
            Mary Alice Theiler
21          United States Magistrate Judge

22

23

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS
PAGE - 1